# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-2324
_____

TRAVIS V. THOMAS,

    Petitioner,

v.

RICKY D. DIXON, SECRETARY,
FLORIDA DEPARTMENT OF
CORRECTIONS, et al.,

    Respondents.

_____

Petition for Writ of Mandamus—Original Proceedings.


June 25, 2025


PER CURIAM.

Because the trial court has transferred Petitioner's petition for writ of mandamus to Leon County Circuit Court, the Court dismisses the petition for writ of mandamus as moot. *See Granville v. State*, 382 So. 3d 792 (Fla. 1st DCA 2024).

OSTERHAUS, C.J., and WINOKUR and LONG, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Travis V. Thomas, pro se, Petitioner.

Dan Johnson, General Counsel, Shirtrina Niquita Roberts, Assistant General Counsel, Florida Department of Corrections, Tallahassee, for Respondents.